IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSEMARIE O'ROURKE, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| COUNTY OF DELAWARE d/b/a FAIR ACRES GERIATRIC CENTER, *Defendant* | : : : | No. 19-2550 |

FILED
FEB 05 2020
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

**AND NOW**, this 4th day of February, 2020, upon consideration of Defendant County of Delaware's Motion to Dismiss (Doc. No. 5), the Response in Opposition (Doc. No. 6), and Oral Argument held on January 23, 2020, it is **ORDERED** that the Motion (Doc. No. 5) is **GRANTED IN PART and DENIED IN PART** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

ENT'D FEB 05 2020